# United States Bankruptcy Court
### NORTHERN DISTRICT OF CALIFORNIA

In re   Calvin B. Grigsby                                                              Bankruptcy Case
                                                                                        No. 20-40411

**Debtor: Calvin B. Grigsby**

**REQUEST TO REPLACE PAYMENT OF AMENDMENT FEE**
**[REF. DOC 81]**
**Case No: 20-40411**
**Chapter 11**

**DATE:  MAY 27, 2020**
**TIME: 2:00 PM**
**CRTRM: 201**

By : _____*Calvin B. Grigsby*_____                        Date   7/30/2020
        *Debtor*