# United States Bankruptcy Court
### NORTHERN DISTRICT OF CALIFORNIA

In re   Calvin B. Grigsby                                                    Bankruptcy Case
                                                                             No. 20-40411

**Debtor: Calvin B. Grigsby**

**REQUEST TO REPLACE PAYMENT OF FEE**
**[REF. DOC 82]**
**Case No: 20-40411**
**Chapter 11**

**DATE:  August 10, 2020**

By : _____*Calvin B. Grigsby*_____          Date   8/10/2020
     *Debtor*